UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SHAWCROFT,<br><br>Plaintiff,<br><br>v.<br><br>ROUNDPOINT MORTGAGE SERVICING CORPORATION, a Florida Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; and Does 1 through 10, inclusive,<br><br>Defendants. | No.  2:15-cv-00698 MCE KJN<br><br>ORDER |

The undersigned settlement judge is in receipt of plaintiff's exhibits 2, 3, and 4, submitted in connection with the previously scheduled, but unavoidably scuttled, settlement conference, which has now been reset for August 5, 2016.  However, for this reset conference, the undersigned desires that Roundpoint create a spreadsheet(s) demonstrating amounts paid on the loan at issue in this case, and how these payments were applied, e.g., principal, interest, past interest, taxes, trustee fees, insurance, etc.  The spreadsheets (s) shall demonstrate in a reasonably understandable fashion, how arrearages have been computed for the loan at issue, preferably showing a cumulative tally by monthly date.

////

A total amount owed by plaintiff as of June 30, 2016 shall be computed on a summary sheet which can understandably be derived from the spreadsheet(s).  Roundpoint shall submit the spreadsheet(s) and summary to the undersigned and plaintiff's counsel by July 28.  No later than August 2, plaintiff shall state his agreement to the figures set forth in the spreadsheet(s) and total summary, or separately list each point of contention to the figures set forth.  Plaintiff's statement shall be submitted to the undersigned on August 2, 2016.

All submittals to the undersigned shall retain settlement conference confidentiality unless the parties stipulate otherwise.

IT IS SO ORDERED.

Dated: July 21, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE