UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SHAWCROFT, | No. 2:15-cv-00698 MCE KJN |
| Plaintiff, | |
| v. | ORDER |
| ROUNDPOINT MORTGAGE SERVICING CORPORATION, a Florida Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; and Does 1 through 10, inclusive, | |
| Defendants. | |

     The parties met in settlement conference on August 5, 2016. At that conference the parties desired to explore a phased settlement process, and agreed to certain actions to be taken within the next four weeks. During this period and for a time afterwards, it is helpful if discovery cutoff is modified.

     Accordingly, no later than August 22, 2016, plaintiff shall produce all available evidence concerning mortgage payments made by plaintiff to Roundpoint Mortgage for those payments which are disputed by plaintiff, i.e., plaintiff asserts she may have made them, and Roundpoint disagrees. No later than September 6, 2016, the parties shall submit a joint letter to the undersigned (as part of a continuing settlement process) setting forth their agreement concerning

disputed payments, or what disputes remain with respect to payments made. The parties shall shortly thereafter contact the chambers of the undersigned for scheduling a conference call to flesh out what further conferences might be useful, or to attempt to settle matters telephonically.

With authorization of the district judge, discovery cutoff in this action is continued to October 31, 2016 with the proviso that plaintiff shall not propound discovery during this period, and defendant shall not move to adjudicate possible discovery disputes up through and including September 6, 2016. Notwithstanding discovery cutoff of October 31, 2016, defendant may take plaintiff's deposition anytime up through December 31, 2016, i.e., this is the one and only exception to the October 31, 2016 cutoff. The meaning of discovery cutoff shall otherwise remain as defined by the district judge in this case.

IT IS SO ORDERED.

Dated: August 8, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

Shaw0698.ggh