UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SHAWCROFT,<br><br>Plaintiff<br><br>vs.<br><br>ROUNDPOINT MORTGAGE ETC,<br><br>Defendant | No.  2:15-cv-00698 MCE KJN (GGH)<br><br>MEMORANDUM and ORDER |

On September 15, 2016, and as part of the settlement process, the undersigned and counsel (Chad Carlock, Kristina Pelletier) spoke in a telephonic conference regarding compliance with document production to which the parties had previously agreed, but had not satisfied.  One final agreement was made at this telephonic conference.

By September 22, 2016 defendant Round Point was to serve on counsel for plaintiff a definitive list of documents requested by Roundpoint.  Plaintiff was to produce such documentation or explain why such was not available on or before September 30, 2016.

A further settlement conference was scheduled for October 19, 2016 (10:00 a.m).  Counsel shall, no later than October 18, Tuesday 10:00 a.m., inform the courtroom clerk for the

////

1

undersigned (Jonathan Anderson) whether the parties have complied with the above, and whether they still desire to hold the October 19th conference.

    IT IS SO ORDERED

Dated: October 17, 2016

                                  /s/ Gregory G. Hollows
                         UNITED STATES MAGISTRATE JUDGE