1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BARBARA SHAWCROFT,                       No. 2:15-cv-0698-MCE-KJN

12                  Plaintiff,

13          v.                                ORDER

14   ROUNDPOINT MORTGAGE
     SERVICING CORPORATION, et al.,
15
                    Defendants.
16

17

18          On October 19, 2016, an informal telephonic discovery conference was held in this matter

19   before the undersigned to address the parties' dispute regarding the written discovery requests

20   defendant Roundpoint Mortgage Servicing Company ("defendant") has propounded on plaintiff

21   Barbara Shawcroft ("plaintiff").   Attorney Chad Carlock appeared telephonically on behalf of

22   plaintiff.  Attorney Kristina Pelletier appeared telephonically on behalf of defendant.

23          Based on the parties' joint statement, other relevant filings, and arguments made during

24   the telephonic conference, and for the reasons stated by the undersigned during the telephonic

25   conference, IT IS HEREBY ORDERED that:

26   ////

27   ////

28   ////

                                                  1

1.  The discovery cutoff in this action is continued to December 31, 2016, only for purposes of allowing plaintiff to respond to the written discovery propounded by defendant that is the subject of the parties' current discovery dispute and for defendant to take plaintiff's deposition.[1]

2.  Plaintiff shall permit defendant to conduct a property inspection in connection with plaintiff's pending loan modification request, if defendant determines such an inspection necessary, by no later than 5:00 P.M., on November 4, 2016, or on another mutually agreed upon date and time thereafter if the parties so stipulate.

3.  In all other respects defendant's motion to compel discovery responses is denied without prejudice if the parties cannot agree upon the requested discovery.

IT IS SO ORDERED.

Dated:  October 20, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] As the undersigned discussed with counsel during the telephonic hearing, any further disputes relative to this discovery shall be resolved by appropriate order if necessary and, where discovery has been ordered, the order complied with by December 31, 2016.