# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SHAWCROFT,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROUNDPOINT MORTGAGE SERVICING CORPORATION, a Florida Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; and Does 1through10, inclusive,<br><br>    Defendants. | Case No.:  2:15-cv-00698-MCE-KJN<br><br>**ORDER GRANTING EXTENSION TO DISCOVERY CUT OFF DATE**<br><br>Complaint filed: January 29, 2015 |

/ / /

/ / /

/ / /

/ / /

/ / /

1

___

ORDER GRANTING EXTENSION OF DISCOVERY CUT OFF DATE

1  Having read and considered the parties' Stipulation to Extend RoundPoint's time
2  to depose Plaintiff, and good cause appearing, IT IS HEREBY ORDERED THAT
3  1.  The December 31, 2016 discovery cutoff is extended to February 28, 2017
4  for purposes of deposing Plaintiff, only.
5  IT IS SO ORDERED.
6  Dated: January 24, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EXTENSION OF DISCOVERY CUT OFF DATE