# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SHAWCROFT,<br><br>      Plaintiff,<br><br>    vs.<br><br>ROUNDPOINT MORTGAGE SERVICING CORPORATION, a Florida Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; and Does 1through10, inclusive,<br><br>      Defendants. | Case No.: 2:15-cv-00698-MCE-KJN<br><br>**ORDER GRANTING EXTENSION TO DISCOVERY CUT OFF DATE**<br><br>Complaint filed: January 29, 2015<br>Trial: N/A |

/ / /
/ / /
/ / /
/ / /
/ / /

1

Having read and considered the parties' Second Joint Stipulation to Extend Discovery Cut Off Date, and good cause appearing, the February 28, 2017 discovery cutoff is extended to April 30, 2017 for purposes of deposing Plaintiff, only.

IT IS SO ORDERED.

**Dated: March 3, 2017**

---
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE